**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**LAYMAN, JANE E.**                                    **CHAPTER 13**

        **DEBTOR,**                              **HEARING DATE & TIME:**
                                                 **11-17-2021 @ 10:30 A.M.**
**LAYMAN, JANE E.**

                                                 **CASE NO. 18-21675-GLT**

        **MOVANT**

VS.

**NO RESPONDENT**

### CERTIFICATION OF NO OBJECTION REGARDING MOTION OF THE DEBTOR FOR POST PETITION AUTOMOBILE FINANCING

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of the Debtor for Post Petition Automobile Financing filed on October 15, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion of the Debtor for Post Petition Automobile Financing appears thereon. Pursuant to the Notice of Hearing, objections to the Motion of the Debtor for Post Petition Automobile Financing were to be filed and served no later than November 2, 2021.

    It is hereby respectfully requested that the Order attached to the Motion of the Debtor for Post Petition Automobile Financing be entered by the Court.

Dated:  <u>November 4, 2021</u>                           /s/ Randall G. Klimchock
                                                                                                   Randall G. Klimchock
                                                                                                   Attorney for Debtor
                                                                                                   101 North Church Street
                                                                                                   Mount Pleasant, PA 15666
                                                                                                   (724) 542-4514   PA I.D. No. 58306