IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JANE E. LAYMAN, : | Bankruptcy No. 18-21675 GLT |
| Debtor : | |
| : | Chapter 13 |
| JANE E. LAYMAN, : | |
| Movant : | |
| : | |
| No Respondent : | |

**DEBTOR'S DECLARATION CERTIFYING THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO PAY THE NEW PAYMENT AMOUNT**

1. The Debtor has made all payments required by the Chapter 13 Plan. The Debtor is now 41 months and 41 payments into the 60 month Plan. Debtor's monthly payments have been timely over the 41 months the Plan has been in effect.

2. The notice of mortgage payment change filed by Bank of America, N.A. calls for an increase to $849.00 per month, a total increase of $$10.27 per month.

3. The current Plan allocation of $877.44 to Bank of America is sufficient to pay the increased amount.

4. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor, Bank of America, N.A., have been served with a copy of this declaration.

Dated: November 26, 2021

By:/s/ Randall G. Klimchock
Randall G. Klimchock, Esquire
101 North Church Street
Mount Pleasant, PA 15666
klimchock.law@zoominternet.net
(724) 542-4514
PA Bar I.D. # 58306