IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 18-21675-GLT |
| | ) | |
| JANE E. LAYMAN, | ) | Chapter: 13 |
|     Debtor, | ) | |
| | ) | |
| JANE E. LAYMAN, | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONDA J. WINNECOUR, Trustee, | ) | |
|     Respondent. | ) | |

## DEBTOR'S REPORT OF FINANCING OF AUTOMOBILE

AND NOW, comes the Debtor, by and through her undersigned Counsel, and files this Report of Financing of an Automobile.

1. By its Order dated November 5, 2021, this Honorable Court granted Debtor's Motion for Postpetition Automobile Financing.

2. Pursuant to said Order, the Debtor has filed or is concurrently filing an Amended Chapter 13 Plan to reflect the changed car financing.

3. Also pursuant to this Honorable Court's November 5, 2021 Order, the Debtor was ordered to file a Report of Financing.

4. On or about November 11, 2021, the Debtor purchased a 2018 Chevrolet Cruze, with approximately 45,000 miles on it.

5. The amount financed was $17,568.69, over a period of 72 months, at the annual percentage rate of 12.39%.

6. This results in a monthly payment of $347.00, beginning on December 11, 2021.

                                                  Respectfully submitted,

Date:   12/07/2021                          /s/ Randall G. Klimchock
                                                                            Randall G. Klimchock
                                                                            Attorney for Debtor
                                                                            101 North Church Street
                                                                            Mount Pleasant, PA 15666
                                                                            (724) 542-4514
                                                                            PA I.D. No. 58306