IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jane E. Layman | : | Bankruptcy No. 18-21675-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| Jane E. Layman | : | |
| | : | Related to Document No. 60 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| | : | Conciliation Conference |
| No Respondent | : | 2/3/2022 at 9:00 A.M. |

## CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO CHAPTER 13 PLAN DATED 5/11/2018, WITH ATTACHED PROPOSED AMENDED PLAN DATED 12/7/2021

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on December 17, 2021. Served items include Notice of Proposed Modification to Chapter 13 Plan dated 5/11/2018, with attached Proposed Amended Plan dated 12/7/2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by NEF:**

Jerome B. Blank on behalf of Creditor BANK OF AMERICA, N.A.
pawb@fedphe.com

Kevin Scott Frankel on behalf of Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
pabk@logs.com, logsecf@logs.com

Brian Nicholas on behalf of Creditor BANK OF AMERICA, N.A.
bnicholas@kmllawgroup.com

Office of United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James A. Prostko on behalf of Creditor BANK OF AMERICA, N.A.
jprostko@c-vlaw.com, jamesprostko@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**

Bank of America
PO Box 15222
Wilmington, DE 19886-5222

Bank of America-Royal Caribbean Cruise L
PO Box 15222
Wilmington, DE 19886

Barclay Card
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Best Egg
SST
PO Box 5493
Carol Stream, IL 60197-5493

Bill Me Later
PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Boscovs
P.O. Box 659622
San Antonio, TX 78265-9622

Chase
PO Box 78420
Phoenix, AZ 85062-8420

Chase Blueprint
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Chase Southwest
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Citi Cards
PO Box 9001037
Louisville, KY 40290-107

Citizens Bank
525 William Penn Place
Pittsburgh, PA 15219

Citizens Bank Card Ser
PO Box 42010
Providence, RI 02940-2010

Comenty Bank/Peebles
PO Box 659465
San Antonio, TX 78265-9465

Connexus Credit Union
PO Box 21488
Tampa, FL 33622-1488

Discover
PO Box 742655
Cincinnati, OH 45274-2655

Home Depot
Home Depot Credit Serv
PO Box 9001010
Louisville, KY 40290-9728

Lane Bryant
Commenity Bank
PO Box 65978
San Antonio, TX 78265-9728

Levins
Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Lowe's/Synchrony Bank
P.O. Box 530914
Atlanta, GA 30353-0914

NASA Federal Credit Union
P.O. Box 1910
Bowie, MD 20717-1910

Nordstrom Card Services
PO Box 13589
Scottsdale, AZ 85267

OnStar
Dept # 77246
OnStar Subscription Center
PO Box 77000
Detroit, MI 48277-0246

Prosper Marketplace Inc.
P.O. Box 396081
San Francisco, CA 94139-6081

Southwest
Cardmember Services
PO Box 1423
Charlotte, NC 28201-1423

Synchrony Bank/JCP
P.O. Box 960090
Orlando, FL 32896-0090

Walmart Mastercard/Synchrony
PO Box 960024
Orlando, FL 32896-0024

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 23, 2021

By: /s/Randall G Klimchock_____
Signature
Randall G Klimchock_____
Typed Name
101 North Church Street, Mount Pleasant, PA 15666_____
Address
724-542-4514_____
Phone No.
PA I.D. #58306_____
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**