# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Jane E. Layman<br><br>Debtor(s) | Case No.: 18-21675 GLT<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 680 North Geary Street, Mount Pleasant, PA 15666 and identified by account number *******6890.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com


Dated: September 21, 2023                                POWERS KIRN, LLC

                                                                                  By: /s/ Jill Manuel-Coughlin_____
                                                                                  Jill Manuel-Coughlin, Esq.; Atty ID #63252
                                                                                  Harry B. Reese, Esq.; Atty ID #310501
                                                                                  Karina Velter, Esq.; Atty ID #94781
                                                                                  8 Neshaminy Interplex, Suite 215
                                                                                  Trevose, PA 19053
                                                                                  Phone: 215-942-2090; Fax 215-942-8661
                                                                                  Email: bankruptcy@powerskirn.com
                                                                                  Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jane E. Layman<br><br>Debtor(s) | Case No.: 18-21675 GLT<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on September 21, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Ronda J. Winnecour  
600 Grant Street, Suite 3250  
Pittsburgh PA  15219  
cmecf@chapter13trusteewdpa.com  
Trustee

Randall G. Klimchock, Esquire  
101 North Church Street  
Mount Pleasant PA  15666  
klimchock.law@zoominternet.net  
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Jane E. Layman  
680 North Geary Street  
Mount Pleasant PA  15666  
Debtor

Dated:  September 21, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____  
Jill Manuel-Coughlin, Esq.; Atty ID #63252  
Harry B. Reese, Esq.; Atty ID #310501  
Karina Velter, Esq.; Atty ID #94781  
8 Neshaminy Interplex, Suite 215  
Trevose, PA  19053  
Phone: 215-942-2090; Fax 215-942-8661  
Email: bankruptcy@powerskirn.com  
Attorneys for Creditor/Movant