**Fill in this information to identify the case:**

Debtor 1: Jane E. Layman
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Western District of PA (State)
Case number: 18-21675-GLT

Official Form 4100R

# Response to Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

Name of Creditor: JPMorgan Chase Bank, National Association

Court Claim no. (if known): 14

Last 4 digits of any number you use to identify the debtor's account: XXXXXX4956

Property address: 680 North Geary Street
Mount Pleasant, PA 15666

## Part 2: Prepetition Default Payments

*Check One: As of 9/18/2023*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

## Part 3: Postpetition Mortgage Payment

*Check One: As of 9/18/2023*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: 7/20/2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: (b) $ _____
c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on: __/__/____

| Debtor 1 | Jane E. Layman | | | Case number: 18-21675-GLT |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Heather S. Riloff                              Date: 9/21/2023
    Signature

**Print:**   Heather S. Riloff 309906
             First Name    Middle Name    Last Name

Title: Attorney for and on behalf of JPMorgan Chase Bank, N.A. (as servicer for creditor)

Company   LOGS Legal Group LLP

Address   3600 Horizon Drive, Suite 150
          Number        Street
          King of Prussia, PA 19406
          City                    State    ZIP Code

Contact phone   (610) 278-6800

Email   logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 9/21/2023

Randall G. Klimchock, Esquire
101 North Church Street
Mount Pleasant, PA 15666

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Jane E. Layman
680 N. Geary Street
Mount Pleasant, PA 15666

/s/ Heather S. Riloff

Heather S. Riloff 309906
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com