Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jane E Layman** | : | Case No. 18−21675−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 75 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/29/23 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 28th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 75 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

(1) ***On or before November 13, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***November 29, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21675-GLT |
| Jane E Layman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 28, 2023 | Form ID: 604 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jane E Layman, 680 N. Geary Street, Mount Pleasant, PA 15666-1218 |
| 14822023 | + | Bank of America-Royal Carribean Cruise L, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822029 | | Chase Blueprint, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14822033 | | Citizens Bank Card Ser, PO Box 42010, Providence, RI 02940-2010 |
| 14822036 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14822038 | | Lane Bryant, Commenity Bank, PO Box 65978, San Antonio, TX 78265-9728 |
| 14822043 | | OnStar, Dept #77246, OnStar Subscription Center, PO Box 77000, Detroit, MI 48277-0246 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:28:02 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| 14870314 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14822022 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank of America, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822024 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2023 01:12:00 | Barclay Card, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14822025 | | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 29 2023 01:08:38 | Best Egg, SST, PO Box 5493, Carol Stream, IL 60197-5493 |
| 14822026 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:10:22 | Bill Me Later, PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14822027 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14822032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2023 01:10:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14824438 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2023 01:10:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14822031 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:08:44 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14850449 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:26:05 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14870345 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14822034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenty Bank/Peebles, PO Box 659465, San |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Antonio, TX 78265-9465 |
| 14822035 | Email/Text: bankruptcy@connexuscu.org | Sep 29 2023 01:14:00 | Connexus Credit Union, PO Box 21488, Tampa, FL 33622-1488 |
| 14857868 | Email/Text: bankruptcy@connexuscu.org | Sep 29 2023 01:14:00 | Connexus Credit Union, P.O. Box 8026, Wausau, WI 54402-8026 |
| 14831926 | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14822037 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:09:15 | Home Depot, Home Depot Credit Ser, PO Box 9001010, Louisville, KY 40290-1010 |
| 14822028 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:48:22 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14822030 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 02:32:27 | Chase Southwest, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14873645 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:27:06 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14822045 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 02:32:27 | Southwest, Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14887554 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:26:15 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875576 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:48 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822039 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Levins, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14822040 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:10:15 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14822041 | Email/Text: e-bankruptcy@nasafcu.com | Sep 29 2023 01:10:00 | NASA Federal Credit Union, P.O. Box 1910, Bowie, MD 20717-1910 |
| 14822042 | + Email/Text: bnc@nordstrom.com | Sep 29 2023 01:12:05 | Nordstrom Card Services, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14875682 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 29 2023 01:14:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14870068 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:29:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823029 | + Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:26:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14822044 | ^ MEBN | Sep 29 2023 01:00:12 | Prosper Marketplace Inc., P.O. Box 396081, San Francisco, CA 94139-6081 |
| 14876434 | + Email/Text: bncmail@w-legal.com | Sep 29 2023 01:14:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14866193 | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871594 | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14921123 | + Email/Text: bncmail@w-legal.com | Sep 29 2023 01:14:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14876631 | + Email/PDF: ebn_ais@aisinfo.com | | |

Case 18-21675-GLT  Doc 78  Filed 09/30/23  Entered 10/01/23 00:29:52  Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 604 | Total Noticed: 45 |

| 14822046 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:30:15 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14822047 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:08:39 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| | | Sep 29 2023 01:26:06 | Walmart Mastercard/Synchrony, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023       Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, Michelle@mvrlaw.com |
| James A. Prostko | on behalf of Creditor BANK OF AMERICA  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BANK OF AMERICA  N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Sep 28, 2023 Form ID: 604 Total Noticed: 45

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Randall G. Klimchock
    on behalf of Debtor Jane E Layman klimchock.law@zoominternet.net randylu@comcast.net

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10