**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JANE E LAYMAN

              Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
           Movant
      vs.
No Respondents.

Case No.:18-21675

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/27/2018  and confirmed on 6/29/18 .  The case was subsequently Completed After Confirmation

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 130,628.00 |
| Less Refunds to Debtor | 3,308.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,319.20 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,600.00 | |
| Trustee Fee | 6,039.54 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,639.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA** | 0.00 | 52,762.32 | 0.00 | 52,762.32 |
| Acct: 6890 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 12,650.99 | 0.00 | 12,650.99 |
| Acct: 4956 | | | | |
| BANK OF AMERICA NA** | 1,048.63 | 1,048.63 | 0.00 | 1,048.63 |
| Acct: 6890 | | | | |
| CONNEXUS CREDIT UNION | 8,555.55 | 8,555.55 | 2,143.44 | 10,698.99 |
| Acct: 6460 | | | | |
| | | | | 77,160.93 |
| **Priority** | | | | |
| RANDALL G KLIMCHOCK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JANE E LAYMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JANE E LAYMAN | 3,308.80 | 3,308.80 | 0.00 | 0.00 |
| Acct: | | | | |
| RANDALL G KLIMCHOCK ESQ | 2,600.00 | 2,600.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 6,593.00 | 0.00 | 6,593.00 |
| Acct: | | | | |
| | | | | 6,593.00 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,473.10 | 1,830.48 | 0.00 | 1,830.48 |
| Acct: 5283 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 17,610.87 | 7,206.72 | 0.00 | 7,206.72 |
| Acct: 7006 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 3,250.00 | 1,329.97 | 0.00 | 1,329.97 |
| Acct: 4736 | | | | |
| BOSCOV'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8104 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4283 | | | | |
| CITIBANK NA** | 5,353.22 | 2,190.64 | 0.00 | 2,190.64 |
| Acct: 5849 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9820 | | | | |
| CITIZENS BANK NA | 1,992.51 | 815.37 | 0.00 | 815.37 |
| Acct: 4559 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,453.85 | 594.94 | 0.00 | 594.94 |
| Acct: 4221 | | | | |
| DISCOVER BANK(*) | 5,310.40 | 2,173.12 | 0.00 | 2,173.12 |
| Acct: 0598 | | | | |
| HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6042 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 841.45 | 344.34 | 0.00 | 344.34 |
| Acct: 1431 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 9,540.91 | 3,904.33 | 0.00 | 3,904.33 |
| Acct: 2781 | | | | |
| NASA FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0389 | | | | |
| NORDSTROM FSB | 12,925.91 | 5,289.54 | 0.00 | 5,289.54 |
| Acct: 5282 | | | | |
| ONSTAR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 7,018.70 | 2,872.19 | 0.00 | 2,872.19 |
| Acct: 1366 | | | | |
| CARDMEMBER SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1366 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 8,997.86 | 3,682.10 | 0.00 | 3,682.10 |
| Acct: 3378 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 6,274.53 | 2,567.66 | 0.00 | 2,567.66 |
| Acct: 4734 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 181.58 | 74.31 | 0.00 | 74.31 |
| Acct: 3140 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 122.24 | 50.02 | 0.00 | 50.02 |
| Acct: 1703 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4734 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 34,925.73 |

TOTAL PAID TO CREDITORS                                                    118,679.66

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 9,604.18 |
| UNSECURED | 85,347.13 |

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JANE E LAYMAN

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-21675

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jane E Layman
    Debtor

Case No. 18-21675-GLT
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jane E Layman, 680 N. Geary Street, Mount Pleasant, PA 15666-1218 |
| 14822023 | + | Bank of America-Royal Carribean Cruise L, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822029 | | Chase Blueprint, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14822033 | | Citizens Bank Card Ser, PO Box 42010, Providence, RI 02940-2010 |
| 14822036 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14822038 | | Lane Bryant, Commenity Bank, PO Box 65978, San Antonio, TX 78265-9728 |
| 14822043 | | OnStar, Dept #77246, OnStar Subscription Center, PO Box 77000, Detroit, MI 48277-0246 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:28:23 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| 14870314 | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14822022 | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank of America, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822024 | Email/Text: BarclaysBankDelaware@tsico.com | Sep 29 2023 01:12:00 | Barclay Card, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14822025 | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 29 2023 01:28:37 | Best Egg, SST, PO Box 5493, Carol Stream, IL 60197-5493 |
| 14822026 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:48:07 | Bill Me Later, PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14822027 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14822032 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2023 01:10:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14824438 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2023 01:10:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14822031 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:26:02 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14850449 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:26:37 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14870345 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14822034 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenty Bank/Peebles, PO Box 659465, San |

District/off: 0315-2                          User: auto                                      Page 2 of 4
Date Rcvd: Sep 28, 2023                  Form ID: pdf900                            Total Noticed: 45

Antonio, TX 78265-9465

| 14822035 | Email/Text: bankruptcy@connexuscu.org | | |
| | | Sep 29 2023 01:14:00 | Connexus Credit Union, PO Box 21488, Tampa, FL 33622-1488 |
| 14857868 | Email/Text: bankruptcy@connexuscu.org | | |
| | | Sep 29 2023 01:14:00 | Connexus Credit Union, P.O. Box 8026, Wausau, WI 54402-8026 |
| 14831926 | Email/Text: mrdiscen@discover.com | | |
| | | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14822037 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Sep 29 2023 01:25:59 | Home Depot, Home Depot Credit Ser, PO Box 9001010, Louisville, KY 40290-1010 |
| 14822028 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:10:15 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14822030 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:26:37 | Chase Southwest, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14873645 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 29 2023 03:04:44 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14822045 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:28:29 | Southwest, Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14887554 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Sep 29 2023 01:27:48 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875576 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Sep 29 2023 01:29:42 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822039 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:08:38 | Levins, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14822040 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:28:37 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14822041 | Email/Text: e-bankruptcy@nasafcu.com | | |
| | | Sep 29 2023 01:10:00 | NASA Federal Credit Union, P.O. Box 1910, Bowie, MD 20717-1910 |
| 14822042 | + Email/Text: bnc@nordstrom.com | | |
| | | Sep 29 2023 01:12:30 | Nordstrom Card Services, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14875682 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Sep 29 2023 01:14:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14870068 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 29 2023 01:28:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823029 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Sep 29 2023 01:27:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14822044 | ^ MEBN | | |
| | | Sep 29 2023 01:00:12 | Prosper Marketplace Inc., P.O. Box 396081, San Francisco, CA 94139-6081 |
| 14876434 | + Email/Text: bncmail@w-legal.com | | |
| | | Sep 29 2023 01:14:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14866193 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871594 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14921123 | + Email/Text: bncmail@w-legal.com | | |
| | | Sep 29 2023 01:14:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14876631 | + Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0315-2                          User: auto                                    Page 3 of 4
Date Rcvd: Sep 28, 2023                       Form ID: pdf900                          Total Noticed: 45

| | | Sep 29 2023 01:26:18 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14822046 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 02:22:07 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14822047 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 29 2023 01:08:38 | Walmart Mastercard/Synchrony, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, Michelle@mvrlaw.com |
| James A. Prostko | on behalf of Creditor BANK OF AMERICA  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BANK OF AMERICA  N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |

District/off: 0315-2                           User: auto                                  Page 4 of 4
Date Rcvd: Sep 28, 2023                        Form ID: pdf900                       Total Noticed: 45

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Randall G. Klimchock
                         on behalf of Debtor Jane E Layman klimchock.law@zoominternet.net  randylu@comcast.net

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com


TOTAL: 10