IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JANE E. LAYMAN, | : | Bankruptcy No. 18-21675-GLT |
| Debtor | : | |
| | : | Chapter 13 |
| RONDA J. WINNECOUR, Chapter 13 Trustee, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| JANE E. LAYMAN, | : | |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 28, 2018, at docket number 18-21675, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 6, 2023                 By:    /s/ Randall G. Klimchock
                                               Randall G. Klimchock, Esquire
                                               101 North Church Street
                                               Mount Pleasant, PA 15666
                                               klimchock.law@zoominternet.net
                                               (724) 542-4514
                                               PA Bar I.D. # 58306

**PAWB Local Form 24 (07/13)**