**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jane E Layman <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3843 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_ <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–21675–GLT | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jane E Layman

11/14/23

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 18-21675-GLT
Jane E Layman                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jane E Layman, 680 N. Geary Street, Mount Pleasant, PA 15666-1218 |
| 14822023 | + | Bank of America-Royal Carribean Cruise L, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822029 | | Chase Blueprint, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14822033 | | Citizens Bank Card Ser, PO Box 42010, Providence, RI 02940-2010 |
| 14822036 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14822038 | | Lane Bryant, Commenity Bank, PO Box 65978, San Antonio, TX 78265-9728 |
| 14822043 | | OnStar, Dept #77246, OnStar Subscription Center, PO Box 77000, Detroit, MI 48277-0246 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 15 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2023 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 15 2023 05:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2023 00:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: JPMORGANCHASE | Nov 15 2023 05:09:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| 14870314 | EDI: BANKAMER.COM | Nov 15 2023 05:09:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14822022 | EDI: BANKAMER.COM | Nov 15 2023 05:09:00 | Bank of America, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822024 | EDI: TSYS2 | Nov 15 2023 05:09:00 | Barclay Card, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14822025 | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 15 2023 00:33:30 | Best Egg, SST, PO Box 5493, Carol Stream, IL 60197-5493 |
| 14822026 | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Bill Me Later, PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14822027 | EDI: WFNNB.COM | Nov 15 2023 05:09:00 | Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |

Case 18-21675-GLT    Doc 86    Filed 11/16/23    Entered 11/17/23 00:33:52    Desc Imaged
                           Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14822032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2023 00:25:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14824438 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2023 00:25:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14822031 | | EDI: CITICORP.COM | Nov 15 2023 05:09:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14850449 | + | EDI: CITICORP.COM | Nov 15 2023 05:09:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14870345 | + | EDI: WFNNB.COM | Nov 15 2023 05:09:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14822034 | | EDI: WFNNB.COM | Nov 15 2023 05:09:00 | Comenty Bank/Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14822035 | | Email/Text: bankruptcy@connexuscu.org | Nov 15 2023 00:28:00 | Connexus Credit Union, PO Box 21488, Tampa, FL 33622-1488 |
| 14857868 | | Email/Text: bankruptcy@connexuscu.org | Nov 15 2023 00:28:00 | Connexus Credit Union, P.O. Box 8026, Wausau, WI 54402-8026 |
| 14831926 | | EDI: DISCOVER.COM | Nov 15 2023 05:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14822037 | | EDI: CITICORP.COM | Nov 15 2023 05:09:00 | Home Depot, Home Depot Credit Ser, PO Box 9001010, Louisville, KY 40290-1010 |
| 14822028 | | EDI: JPMORGANCHASE | Nov 15 2023 05:09:00 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14822030 | | EDI: JPMORGANCHASE | Nov 15 2023 05:09:00 | Chase Southwest, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14873645 | | EDI: JPMORGANCHASE | Nov 15 2023 05:09:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14822045 | | EDI: JPMORGANCHASE | Nov 15 2023 05:09:00 | Southwest, Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14887554 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:32:58 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875576 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:00 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822039 | | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Levins, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14822040 | | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14822041 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 15 2023 00:25:00 | NASA Federal Credit Union, P.O. Box 1910, Bowie, MD 20717-1910 |
| 14822042 | + | Email/Text: bnc@nordstrom.com | Nov 15 2023 00:26:15 | Nordstrom Card Services, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14875682 | + | EDI: JEFFERSONCAP.COM | Nov 15 2023 05:09:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14870068 | | EDI: PRA.COM | Nov 15 2023 05:09:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823029 | + | EDI: RECOVERYCORP.COM | Nov 15 2023 05:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14822044 | | ^ MEBN | | |

Case 18-21675-GLT   Doc 86   Filed 11/16/23   Entered 11/17/23 00:33:52   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 15 2023 00:18:00 | Prosper Marketplace Inc., P.O. Box 396081, San Francisco, CA 94139-6081 |
| 14876434 | + | Email/Text: bncmail@w-legal.com | Nov 15 2023 00:27:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14866193 | | EDI: Q3G.COM | Nov 15 2023 05:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871594 | | EDI: Q3G.COM | Nov 15 2023 05:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14921123 | + | Email/Text: bncmail@w-legal.com | Nov 15 2023 00:27:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14876631 | + | EDI: AIS.COM | Nov 15 2023 05:09:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822046 | | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14822047 | | EDI: RMSC.COM | Nov 15 2023 05:09:00 | Walmart Mastercard/Synchrony, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: 3180W | Total Noticed: 47 |

on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Heather Stacey Riloff

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, Michelle@mvrlaw.com

James A. Prostko

on behalf of Creditor BANK OF AMERICA  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank

on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com

Jill Manuel-Coughlin

on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Karina Velter

on behalf of Creditor BANK OF AMERICA  N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Kevin Scott Frankel

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Marisa Myers Cohen

on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Randall G. Klimchock

on behalf of Debtor Jane E Layman klimchock.law@zoominternet.net  randylu@comcast.net

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 11