IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/14/23 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JANE E LAYMAN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-21675

Chapter 13

Related to Dkt. No. 75

## ORDER OF COURT

AND NOW, this 14th day of November, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____ jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21675-GLT |
| Jane E Layman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jane E Layman, 680 N. Geary Street, Mount Pleasant, PA 15666-1218 |
| 14822023 | + | Bank of America-Royal Carribean Cruise L, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822029 | | Chase Blueprint, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14822033 | | Citizens Bank Card Ser, PO Box 42010, Providence, RI 02940-2010 |
| 14822036 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14822038 | | Lane Bryant, Commenity Bank, PO Box 65978, San Antonio, TX 78265-9728 |
| 14822043 | | OnStar, Dept #77246, OnStar Subscription Center, PO Box 77000, Detroit, MI 48277-0246 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:17 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 3415 Vision Drive, Columbus, OH 43219 |
| 14870314 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2023 00:25:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 14822022 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2023 00:25:00 | Bank of America, PO Box 15222, Wilmington, DE 19886-5222 |
| 14822024 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 15 2023 00:26:00 | Barclay Card, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14822025 | | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 15 2023 00:33:01 | Best Egg, SST, PO Box 5493, Carol Stream, IL 60197-5493 |
| 14822026 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:20 | Bill Me Later, PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14822027 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:26:00 | Boscovs, P.O. Box 659622, San Antonio, TX 78265-9622 |
| 14822032 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2023 00:25:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14824438 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 15 2023 00:25:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14822031 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:33:31 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14850449 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:33:31 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14870345 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:26:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14822034 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:26:00 | Comenty Bank/Peebles, PO Box 659465, San |

Case 18-21675-GLT    Doc 87    Filed 11/16/23    Entered 11/17/23 00:33:52    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | Antonio, TX 78265-9465 |
| 14822035 | Email/Text: bankruptcy@connexuscu.org | Nov 15 2023 00:28:00 | Connexus Credit Union, PO Box 21488, Tampa, FL 33622-1488 |
| 14857868 | Email/Text: bankruptcy@connexuscu.org | Nov 15 2023 00:28:00 | Connexus Credit Union, P.O. Box 8026, Wausau, WI 54402-8026 |
| 14831926 | Email/Text: mrdiscen@discover.com | Nov 15 2023 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14822037 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:33:20 | Home Depot, Home Depot Credit Ser, PO Box 9001010, Louisville, KY 40290-1010 |
| 14822028 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:12 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14822030 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:32:53 | Chase Southwest, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14873645 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:17 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14822045 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:33:31 | Southwest, Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 14887554 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:13 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875576 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 00:33:11 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822039 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 01:11:20 | Levins, Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14822040 | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:16 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14822041 | Email/Text: e-bankruptcy@nasafcu.com | Nov 15 2023 00:25:00 | NASA Federal Credit Union, P.O. Box 1910, Bowie, MD 20717-1910 |
| 14822042 | + Email/Text: bnc@nordstrom.com | Nov 15 2023 00:26:53 | Nordstrom Card Services, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14875682 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 15 2023 00:27:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14870068 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2023 00:44:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14823029 | + Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 00:33:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14822044 | ^ MEBN | Nov 15 2023 00:18:03 | Prosper Marketplace Inc., P.O. Box 396081, San Francisco, CA 94139-6081 |
| 14876434 | + Email/Text: bncmail@w-legal.com | Nov 15 2023 00:27:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14866193 | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2023 00:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14871594 | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2023 00:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14921123 | + Email/Text: bncmail@w-legal.com | Nov 15 2023 00:27:00 | Synchrony Bank, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14876631 | + Email/PDF: ebn_ais@aisinfo.com | | |

Case 18-21675-GLT    Doc 87    Filed 11/16/23    Entered 11/17/23 00:33:52    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 15 2023 00:33:13 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822046 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 15 2023 00:33:37 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14822047 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 15 2023 00:32:53 | Walmart Mastercard/Synchrony, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Heather Stacey Riloff | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, Michelle@mvrlaw.com |
| James A. Prostko | on behalf of Creditor BANK OF AMERICA  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor BANK OF AMERICA  N.A. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor BANK OF AMERICA  N.A. karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 45

Marisa Myers Cohen
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Randall G. Klimchock
    on behalf of Debtor Jane E Layman klimchock.law@zoominternet.net  randylu@comcast.net

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11